# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **YAMIL E. ROSA-MAESTRE,** <br><br> **Defendant**. | **CRIMINAL NO. 15-456 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Yamil E. Rosa-Maestre (Docket No. 48), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that an expedited Presentence Investigation Report was ordered (Docket Nos. 47 and 49). The Sentencing Hearing set for July 21, 2016 at 10:00 a.m. remains.  The parties are reminded of the need to file their sentencing memoranda by July 11, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th June, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge
